IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0568

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JORY JERAE SONGER,

Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including November 4, 2024, within which to prepare, serve, and file its response brief.

**MLP**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 4 2024